**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 26-13276-MCR |
| ARTSPACE MOUNT RAINIER | ) | |
| LIMITED PARTNERSHIP, | ) | Chapter 7 |
| | ) | |
| *Debtor*. | ) | |
| | ) | |

### APPLICATION TO AUTHORIZE RETENTION OF COUNSEL

COMES NOW Merrill Cohen ("Trustee"), trustee of the Chapter 7 bankruptcy estate of Artspace Mount Rainer Limited Partnership, by and through his proposed counsel, McNamee Hosea, P.A., and in support of his Application to Authorize the Retention of Counsel, respectfully represents as follows:

1. On April 27, 2026, Artspace Mount Rainer Limited Partnership (the "Debtor") filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code. Merrill Cohen was soon thereafter duly appointed as Chapter 7 trustee.

2. The Trustee seeks to retain Janet M. Nesse and the law firm of McNamee Hosea, P.A. (the "Attorneys"), as counsel to provide representation in connection with certain matters in this proceeding, including preparation of pleadings, coordination with special counsel and realtors, as necessary, and making necessary court appearances on the Trustee's behalf.

3. The Trustee has selected the Attorneys based on their considerable experience in matters for which they are to be retained, and because the Trustee believes that the Attorneys are well qualified to provide representation in all proceedings arising in connection with the aforesaid matters.

4.     The professional services that the Attorneys are to render in connection with the tasks described above include:

a.   Preparing any necessary applications, motions, memoranda, briefs, notices, answers, orders, reports and other legal papers, and appearing on the Trustee's behalf in any proceeding;

b.   Reviewing property title, including all filed liens of record and judgments against property owners;

c.   Filing Adversary Proceedings, motions to sell property, and any other motions necessary to collect assets or potential assets of the estate;

d.   Working on matters specifically related to multi family housing, building condition, housing permits, landlord tenant matters; and

e.   Performing any other legal services for the Trustee as may be necessary or desirable in connection with the foregoing matters.

5.     The Trustee proposes to pay the Attorneys on an hourly basis. Current partner rates range from $425.00/hour to $575.00/hour, Associate rates range from $275.00/hour to $375.00/hour, Paralegal rates range from $100.00/hour to $200.00/hour. The Attorneys intend to apply the Attorneys' hourly rates to this Court periodically for approval of compensation.

| Professional | Hourly Rate |
|---|---|
| Janet M. Nesse | $575.00 |
| Craig M. Palik | $450.00 |
| Justin P. Fasano | $450.00 |
| Christopher L. Hamlin | $425.00 |
| Kevin R. Feig | $375.00 |
| Brian L. Krell | $275.00 |
| Theresa Mackey | $140.00 |
| Meagan Evans | $140.00 |
| Cynthia Martin | $140.00 |

2

6. Services are anticipated to include liquidating assets, avoiding preferential transfers, avoiding improperly perfected liens, and enforcing Debtor's obligations.

7. To the best of the Trustee's knowledge, none of the Attorneys have any connection with any creditors, or any other party in interest or their respective attorneys, accountants, or other Court-approved professionals.

8. Debtor's estate includes assets of considerable value including specialized window manufactured products and machining equipment.

9. The Trustee desires to employ the Attorneys under a general retainer under 11 U.S.C. § 327.

10. All payments to the Attorneys will be pursuant to § 330 and on application and notice to all appropriate parties.

11. Other than as may be stated in the Verified Statement attached as Exhibit A, the Attorneys represent no interest adverse to the Trustee or the estate in the matters upon which they are to be engaged, are disinterested persons, and their employment is in the best interests of the estate and creditors generally.

WHEREFORE, the Trustee, respectfully requests that the Court enter an Order:

a. Authorizing the Trustee to employ the Attorneys to provide representation in connection with the matters described herein on the terms provided above; and

b. Granting such other and further relief as is just and proper.


Date: May 19, 2026                          Respectfully submitted,

                                            /s/ Janet M. Nesse
                                            Janet M. Nesse (#07804)
                                            McNamee, Hosea, P.A.
                                            6404 Ivy Lane, Suite 820

3

Greenbelt, Maryland 20770
(301) 441-2420
jnesse@mhlawyers.com
*Proposed Counsel for the Chapter 7 Trustee*

Case 26-13276   Doc 22   Filed 05/19/26   Page 4 of 5

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 19, 2026, I served a copy of the foregoing Application for Authority to Retain Counsel for the Trustee via first class mail, postage prepaid, upon the following:

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

Christopher M Desiderio
Nixon Peabody LLP
55 West 46th St
New York, NY 10036

and by electronic mail via ECF upon:

- Vernon W. Johnson, III    VJohnson@nixonpeabody.com

*/s/ Janet M. Nesse*
Janet M. Nesse