**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

|  |  |
|---|---|
| IN RE: | ) |
|  | ) |
|  | )   Case No. 26-13276-MCR |
| ARTSPACE MOUNT RAINIER | ) |
| LIMITED PARTNERSHIP, | )   Chapter 7 |
|  | ) |
| *Debtor*. | ) |
|  | ) |

## VERIFIED STATEMENT OF ATTORNEYS TO BE EMPLOYED AS COUNSEL

Janet M. Nesse, and the law firm of McNamee Hosea, P.A. ("McNamee Hosea") as proposed counsel for Merrill Cohen, the Chapter 7 Trustee in the above-captioned case, respectfully represent as follow:

1.      McNamee Hosea has made due inquiry into the nature of any representation of parties in interest, insiders, and affiliates in this and other cases, and believes that neither Janet M. Nesse nor McNamee Hosea have any disqualifying conflicts of interest.

2.      McNamee Hosea has no connection with the debtor Artspace Mount Rainier Limited Partnership, its creditors, any other party in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

3.      McNamee Hosea will bill the estate in 0.1 hour increments and abide by all Fee Guidelines.

I, Janet M. Nesse, a partner at McNamee Hosea, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: May 19, 2026

Respectfully submitted,

/s/ *Janet M. Nesse*
Janet M. Nesse

2