UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

IN RE:                                              *
                                                    *
ARTSPACE MOUNT RAINIER          * Case No. 26-13276-MCR
LIMITED PARTNERSHIP               * (Chapter 7)
                                                    *
            Debtor                           *

_____

**DESIGNATION AS ASSET CASE
AND REQUEST TO SET CLAIMS BAR DATE**

Merrill Cohen, Trustee, reports that he has reviewed the Schedules and Statements of

the debtor and/or questioned the debtor and believes this case contains assets administrable

for the benefit of creditors of the estate.

The Trustee hereby asks the Clerk of the Bankruptcy Court to notify creditors to file

Proof of Claims pursuant to 11 U.S.C. Section 501 and Bankruptcy Rule 3002.


DATE: June 2, 2026                                  /s/  *Merrill Cohen*
                                                    Merrill Cohen, Trustee
                                                    P.O. Box 53
                                                    Harbeson, DE 19951
                                                    (302) 200-9271

1